FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 2:01 pm, Jan 15, 2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 2:25cr-003 |
| | ) |
| v. | ) 8 U.S.C. § 1326 |
| | ) Illegal Re-entry After Removal |
| ARMANDO GARCIA RAMOS | ) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Illegal Re-entry After Removal*
8 U.S.C. § 1326

On or about October 10, 2024, in Glynn County, within the Southern District of Georgia, the Defendant,

**ARMANDO GARCIA RAMOS,**

an alien, was found in the United States after having been removed therefrom on or about April 20, 2022, at or near Oakdale, Louisiana, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) & (b)(1) & (b)(2).

A True Bill.

_____
Foreperson

_____
Jill E. Steinberg
United States Attorney

_____
Michael Z. Spitulnik
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division